# Exhibit 1

# Exhibit 1a

| Ref | Name | Channel URL | Date Found | Infringement URL | Video Source | Videographer | Copyright Holder | Registration Status | PA(u) Number | Statutory |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=3Pzkalvok8g | https://www.youtube.com/watch?v=qCrwKXNlmK0 | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 2 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=3Pzkalvok8g | https://www.youtube.com/watch?v=U-lgVxSMDtc | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 3 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=3Pzkalvok8g | https://www.youtube.com/watch?v=34199SVLFBY | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 4 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=3Pzkalvok8g | https://www.youtube.com/watch?v=EZn7yhYkrhM | Brandon Clement | Global Weather Productions | Registered | PA 2-401-320 | Y |
| 5 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=3Pzkalvok8g | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 6 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=3Pzkalvok8g | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 7 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=3Pzkalvok8g | https://www.youtube.com/watch?v=9fvAn20ndDk | Brandon Clement | Global Weather Productions | Registered | PA 2-401-312 | Y |
| 8 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=4HKgE5qmRHs | https://www.youtube.com/watch?v=qCrwKXNlmK0 | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 9 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=4HKgE5qmRHs | https://www.youtube.com/watch?v=9fvAn20ndDk | Brandon Clement | Global Weather Productions | Registered | PA 2-401-312 | Y |
| 10 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=4HKgE5qmRHs | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 11 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=4HKgE5qmRHs | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 12 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=4HKgE5qmRHs | https://www.youtube.com/watch?v=T3qRtgNaM5o | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 13 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=4HKgE5qmRHs | https://www.youtube.com/watch?v=U-lgVxSMDtc | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 14 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=5FwACmisd-U | https://www.youtube.com/watch?v=34199SVLFBY | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 15 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=5FwACmisd-U | https://www.youtube.com/watch?v=Jo8DQFtswWU | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 16 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=5FwACmisd-U | https://www.youtube.com/watch?v=T3qRtgNaM5o | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 17 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=5FwACmisd-U | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 18 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=5FwACmisd-U | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 19 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=5FwACmisd-U | https://www.youtube.com/watch?v=9fvAn20ndDk | Brandon Clement | Global Weather Productions | Registered | PA 2-401-312 | Y |
| 20 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=5FwACmisd-U | https://www.youtube.com/watch?v=EZn7yhYkrhM | Brandon Clement | Global Weather Productions | Registered | PA 2-401-320 | Y |
| 21 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=6Qo9EZ2WtHs | https://www.youtube.com/watch?v=qCrwKXNlmK0 | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 22 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=6zO4tPmmSUI | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 23 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=6zO4tPmmSUI | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 24 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=8h9BioBav1M | https://www.youtube.com/watch?v=VUu4wyejaO4 | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 25 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=8h9BioBav1M | https://www.youtube.com/watch?v=T3qRtgNaM5o | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 26 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=8h9BioBav1M | https://www.youtube.com/watch?v=34199SVLFBY | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 27 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=8h9BioBav1M | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 28 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=8h9BioBav1M | https://www.youtube.com/watch?v=U-lgVxSMDtc | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 29 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=8h9BioBav1M | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 30 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=a7-8K-rK8PLI | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 31 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=a7-8K-rK8PLI | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 32 | Aaj Tak | https://www.youtube.com/@aajtak | July 18, 2025 | https://www.youtube.com/watch?v=C1Df_4X-p9g | https://www.youtube.com/watch?v=Jo8DQFtswWU | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 33 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=hzoqbwXcJ-4 | https://www.youtube.com/watch?v=T3qRtgNaM5o | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 34 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=hzoqbwXcJ-4 | https://www.youtube.com/watch?v=qCrwKXNlmK0 | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 35 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=hzoqbwXcJ-4 | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 36 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=hzoqbwXcJ-4 | https://www.youtube.com/watch?v=34199SVLFBY | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 37 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=hzoqbwXcJ-4 | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 38 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=hzoqbwXcJ-4 | https://www.youtube.com/watch?v=U-lgVxSMDtc | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 39 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=PyCGBCvwwQg | https://www.youtube.com/watch?v=Jo8DQFtswWU | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 40 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=PyCGBCvwwQg | https://www.youtube.com/watch?v=U-lgVxSMDtc | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 41 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=PyCGBCvwwQg | https://www.youtube.com/watch?v=T3qRtgNaM5o | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 42 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=PyCGBCvwwQg | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 43 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=PyCGBCvwwQg | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 44 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=PyCGBCvwwQg | https://www.youtube.com/watch?v=9fvAn20ndDk | Brandon Clement | Global Weather Productions | Registered | PA 2-401-312 | Y |
| 45 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=PyCGBCvwwQg | https://www.youtube.com/watch?v=34199SVLFBY | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 46 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=QNPLE92VmTY | https://www.youtube.com/watch?v=qCrwKXNlmK0 | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 47 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=QNPLE92VmTY | https://www.youtube.com/watch?v=U-lgVxSMDtc | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 48 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=RhNEs_EoVmc | https://www.youtube.com/watch?v=VUu4wyejaO4 | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 49 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=RhNEs_EoVmc | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 50 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=RhNEs_EoVmc | https://www.youtube.com/watch?v=T3qRtgNaM5o | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 51 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=RhNEs_EoVmc | https://www.youtube.com/watch?v=34199SVLFBY | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 52 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=RhNEs_EoVmc | https://www.youtube.com/watch?v=U-lgVxSMDtc | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 53 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=RhNEs_EoVmc | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 54 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=xanhnmdZJlo | https://www.youtube.com/watch?v=qCrwKXNlmK0 | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 55 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=xanhnmdZJlo | https://www.youtube.com/watch?v=U-lgVxSMDtc | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 56 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=xanhnmdZJlo | https://www.youtube.com/watch?v=34199SVLFBY | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 57 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=xanhnmdZJlo | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 58 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=xanhnmdZJlo | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 59 | Aaj Tak | https://www.youtube.com/@aajtak | July 21, 2025 | https://www.youtube.com/watch?v=xanhnmdZJlo | https://www.youtube.com/watch?v=T3qRtgNaM5o | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 60 | Aaj Tak | https://www.youtube.com/@aajtak | July 18, 2025 | https://www.youtube.com/watch?v=Xzi0K-QbYBc | https://www.youtube.com/watch?v=Mq8mUEmHK9k | Brandon Clement | Global Weather Productions | Registered | PA 2-524-820 | Y |
| 61 | Aaj Tak | https://www.youtube.com/@aajtak | July 18, 2025 | https://www.youtube.com/watch?v=Xzi0K-QbYBc | https://www.youtube.com/watch?v=Mq8mUEmHK9k | Brandon Clement | Global Weather Productions | Registered | PA 2-524-609 | Y |
| 62 | Aaj Tak | https://www.youtube.com/@aajtak | July 18, 2025 | https://www.youtube.com/watch?v=fWoaEu66rK4 | https://www.youtube.com/watch?v=QDFK40UMotc | Mike Theiss | Mike Theiss | Registered | PAu 3-004-741 | Y |

# Exhibit 1b

| Ref | Name | Channel URL | Date Found | Infringement URL | Video Source | Videographer | Copyright Holder | Registration Status | PA(u) Number | Statutory |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Aaj Tak Bangla | https://www.youtube.com/@AajTakBangla | February 25, 2026 | https://www.youtube.com/watch?v=2TDuKoQ1Eic | https://www.youtube.com/watch?v=9vQ6S81hgj4 | Aaron Rigsby | Aaron Rigsby | Registered | PA 2-414-448 | Y |
| 2 | Aaj Tak Bangla | https://www.youtube.com/@AajTakBangla | February 25, 2026 | https://www.youtube.com/watch?v=6Tm54mjM84A | https://www.youtube.com/watch?v=3QB3b6IqxKQ | Nick Gorman | Nick Gorman | Registered | PA 2-486-256 | Y |
| 3 | Aaj Tak Bangla | https://www.youtube.com/@AajTakBangla | February 25, 2026 | https://www.youtube.com/watch?v=7w9TDuUGAA8 | https://www.youtube.com/watch?v=R_ZDVYzlhgc | Reed Timmer | Reed Timmer | Registered | PA 2-491-732 | Y |
| 4 | Aaj Tak Bangla | https://www.youtube.com/@AajTakBangla | February 25, 2026 | https://www.youtube.com/watch?v=d37DJtV19GE | https://fb.watch/joeNS0CwuS/ | Reed Timmer | Reed Timmer | Registered | PA 2-360-287 | Y |
| 5 | Aaj Tak Bangla | https://www.youtube.com/@AajTakBangla | February 25, 2026 | https://www.youtube.com/watch?v=PWz6BQsvIol | https://www.youtube.com/watch?v=al8yTiCVfro | Max Olson | Max Olson | Registered | PA 2-381-497 | Y |
| 6 | Aaj Tak Bangla | https://www.youtube.com/@AajTakBangla | February 25, 2026 | https://www.youtube.com/watch?v=UteqZSwdH5g | https://www.youtube.com/watch?v=3QB3b6IqxKQ | Nick Gorman | Nick Gorman | Registered | PA 2-486-256 | Y |
| 7 | Aaj Tak Bangla | https://www.youtube.com/@AajTakBangla | February 25, 2026 | https://www.youtube.com/watch?v=Yl4fOLz2T40 | https://www.youtube.com/watch?v=al8yTiCVfro | Max Olson | Max Olson | Registered | PA 2-381-497 | Y |
| 8 | Aaj Tak Bangla | https://www.youtube.com/@AajTakBangla | February 25, 2026 | https://www.youtube.com/watch?v=zCp3HKulE_c | https://www.youtube.com/watch?v=GI6_R2bWzW8 | Reed Timmer | Reed Timmer | Registered | PA 2-422-180 | Y |

# Exhibit 1c

| Ref | Name | Channel URL | Date Found | Infringement URL | Video Source | Videographer | Copyright Holder | Registration Status | PA(u) Number | Statutory |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 2 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 3 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 4 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 5 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 6 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 7 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 8 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 9 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 10 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 11 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 12 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 13 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 14 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 15 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 16 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-320 | Y |
| 17 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 18 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 19 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-312 | Y |
| 20 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 21 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 22 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 23 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 24 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-312 | Y |
| 25 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 26 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 27 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 28 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 29 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 30 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 31 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 32 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 33 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-507-427 | Y |
| 34 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 35 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 36 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 37 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 38 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-312 | Y |
| 39 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 40 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 41 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 42 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 43 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 44 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 45 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 46 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 47 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-507-427 | Y |
| 48 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 49 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 50 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 51 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 52 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 53 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 54 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 55 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-312 | Y |
| 56 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 57 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 58 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 59 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 60 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 61 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 62 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 63 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 64 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 65 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 66 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 67 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-312 | Y |
| 68 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 69 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 70 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 71 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 72 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 73 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 74 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 75 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 76 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 77 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 78 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 79 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 80 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 81 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 22, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 82 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-312 | Y |
| 83 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 84 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 85 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 86 | Aaj Tak HD | https://www.youtube.com/@AajTakHD | February 24, 2026 | | | Brandon Clement | Global Weather Productions | Registered | PA 2-401-320 | Y |

# Exhibit 1d

| Ref | Name | Channel URL | Date Found | Infringement URL | Video Source | Videographer | Copyright Holder | Registration Status | PA(u) Number | Statutory |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=wEbscISVl6M | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 2 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=wEbscISVl6M | https://www.youtube.com/watch?v=34199SVLFBY | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 3 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=wEbscISVl6M | https://www.youtube.com/watch?v=T3qRtqNaM5o | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 4 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=wEbscISVl6M | https://www.youtube.com/watch?v=U-tqVxSMDlc | Brandon Clement | Global Weather Productions | Registered | PA 2-495-685 | N |
| 5 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=wEbscISVl6M | https://www.youtube.com/watch?v=VUu4wyejaO4 | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 6 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=wEbscISVl6M | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |
| 7 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=Y05EaAfRs3Y | https://www.youtube.com/watch?v=Jo8DQFtswWU | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 8 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=Y05EaAfRs3Y | https://www.youtube.com/watch?v=9fvAn20ndDk | Brandon Clement | Global Weather Productions | Registered | PA 2-401-312 | Y |
| 9 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=Y05EaAfRs3Y | https://www.youtube.com/watch?v=T3qRtqNaM5o | Brandon Clement | Global Weather Productions | Registered | PA 2-401-314 | Y |
| 10 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=Y05EaAfRs3Y | https://www.youtube.com/watch?v=34199SVLFBY | Brandon Clement | Global Weather Productions | Registered | PA 2-401-404 | Y |
| 11 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=Y05EaAfRs3Y | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Brandon Clement | Global Weather Productions | Registered | PA 2-397-898 | Y |
| 12 | Good News Today | https://www.youtube.com/@GoodNewsTodayOfficial | February 21, 2026 | https://www.youtube.com/watch?v=Y05EaAfRs3Y | https://www.youtube.com/watch?v=Xtr5hu9Bu7M | Brandon Clement | Global Weather Productions | Registered | PA 2-397-322 | Y |

# Exhibit 1e

| Ref | Name | Channel URL | Date Found | Infringement URL | Video Source | Videographer | Copyright Holder | Registration Status | PA(u) Number | Statutory |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | India Today | https://www.youtube.com/@indiatoday | February 21, 2026 | https://www.youtube.com/watch?v=DIWGje-XBfI | https://www.youtube.com/watch?v=uC-GDDsK1VY | Brandon Clement | Global Weather Productions | Registered | PA 2-404-606 | Y |
| 2 | India Today | https://www.youtube.com/@indiatoday | February 21, 2026 | https://www.youtube.com/watch?v=DIWGje-XBfI | https://www.youtube.com/watch?v=Jo8DQFtswWU | Brandon Clement | Global Weather Productions | Registered | PA 2-401-400 | Y |
| 3 | India Today | https://www.youtube.com/@indiatoday | February 21, 2026 | https://www.youtube.com/watch?v=DIWGje-XBfI | https://www.youtube.com/watch?v=xlF0zBo949g | Brandon Clement | Global Weather Productions | Registered | PA 2-404-612 | Y |
| 4 | India Today | https://www.youtube.com/@indiatoday | February 21, 2026 | https://www.youtube.com/watch?v=GywmC1VnL2s | https://corclips.com/videos/133 | Brandon Clement, Jonathan Petramala | Global Weather Productions | Registered | PA 2-555-445 | Y |