# Exhibit 2

# Exhibit 2a

REF:1

https://www.youtube.com/watch?v=3PzkaIvok8g



REF:2

https://www.youtube.com/watch?v=3PzkaIvok8g



REF:3

https://www.youtube.com/watch?v=3PzkaIvok8g



REF:4

https://www.youtube.com/watch?v=3PzkaIvok8g



REF:5

https://www.youtube.com/watch?v=3PzkaIvok8g



REF:6

https://www.youtube.com/watch?v=3PzkaIvok8g



REF:7

https://www.youtube.com/watch?v=3PzkaIvok8g



REF:8

https://www.youtube.com/watch?v=4HKpE5qmRHs



REF:9

https://www.youtube.com/watch?v=4HKpE5qmRHs



REF:10

https://www.youtube.com/watch?v=4HKpE5qmRHs



REF:11

https://www.youtube.com/watch?v=4HKpE5qmRHs



REF:12

https://www.youtube.com/watch?v=4HKpE5qmRHs



REF:13

https://www.youtube.com/watch?v=4HKpE5qmRHs



REF:14

https://www.youtube.com/watch?v=5FwACmisd-U



REF:15

https://www.youtube.com/watch?v=5FwACmisd-U



REF:16

https://www.youtube.com/watch?v=5FwACmisd-U



REF:17

https://www.youtube.com/watch?v=5FwACmisd-U



REF:18

https://www.youtube.com/watch?v=5FwACmisd-U



REF:19

https://www.youtube.com/watch?v=5FwACmisd-U



REF:20

https://www.youtube.com/watch?v=5FwACmisd-U



REF:21

https://www.youtube.com/watch?v=6On9fZ2WtHg



REF:22

https://www.youtube.com/watch?v=6zO4tPmmSUI



REF:23

https://www.youtube.com/watch?v=6zO4tPmmSUI



REF:24

https://www.youtube.com/watch?v=8h9BioBav1M



REF:25

https://www.youtube.com/watch?v=8h9BioBav1M



REF:26

https://www.youtube.com/watch?v=8h9BioBav1M



REF:27

https://www.youtube.com/watch?v=8h9BioBav1M



REF:28

https://www.youtube.com/watch?v=8h9BioBav1M



REF:29

https://www.youtube.com/watch?v=8h9BioBav1M



REF:30

https://www.youtube.com/watch?v=a7-8K-rK8PU



REF:31

https://www.youtube.com/watch?v=a7-8K-rK8PU



REF:32

https://www.youtube.com/watch?v=C1Df_4X-p9g



REF:33

https://www.youtube.com/watch?v=hzoqbwXcJ-4



REF:34

https://www.youtube.com/watch?v=hzoqbwXcJ-4



REF:35

https://www.youtube.com/watch?v=hzoqbwXcJ-4



REF:36

https://www.youtube.com/watch?v=hzoqbwXcJ-4



REF:37

https://www.youtube.com/watch?v=hzoqbwXcJ-4



REF:38

https://www.youtube.com/watch?v=hzoqbwXcJ-4



REF:39

https://www.youtube.com/watch?v=PyCGBCvwwQg



REF:40

https://www.youtube.com/watch?v=PyCGBCvwwQg



REF:41

https://www.youtube.com/watch?v=PyCGBCvwwQg



REF:42

https://www.youtube.com/watch?v=PyCGBCvwwQg



REF:43

https://www.youtube.com/watch?v=PyCGBCvwwQg



REF:44

https://www.youtube.com/watch?v=PyCGBCvwwQg



REF:45

https://www.youtube.com/watch?v=PyCGBCvwwQg



REF:46

https://www.youtube.com/watch?v=QNPLE92VmTY



REF:47

https://www.youtube.com/watch?v=QNPLE92VmTY



REF:48

https://www.youtube.com/watch?v=RhNEs_EoVmc



REF:49

https://www.youtube.com/watch?v=RhNEs_EoVmc



REF:50

https://www.youtube.com/watch?v=RhNEs_EoVmc



REF:51

https://www.youtube.com/watch?v=RhNEs_EoVmc



REF:52

https://www.youtube.com/watch?v=RhNEs_EoVmc



REF:53

https://www.youtube.com/watch?v=RhNEs_EoVmc



REF:54

https://www.youtube.com/watch?v=xanhnmdZJlo



REF:55

https://www.youtube.com/watch?v=xanhnmdZJlo



REF:56

https://www.youtube.com/watch?v=xanhnmdZJlo



REF:57

https://www.youtube.com/watch?v=xanhnmdZJlo



REF:58

https://www.youtube.com/watch?v=xanhnmdZJlo



REF:59

https://www.youtube.com/watch?v=xanhnmdZJlo



REF:60

https://www.youtube.com/watch?v=Xzi0K-ObYBc



REF:61

https://www.youtube.com/watch?v=Xzi0K-ObYBc



REF:62

https://www.youtube.com/watch?v=fWoaEu66rK4



# Exhibit 2b

REF:1

https://www.youtube.com/watch?v=2TDuKoO1Eic



REF:2

https://www.youtube.com/watch?v=6Tm54mjM84A



REF:3

https://www.youtube.com/watch?v=7w9TDuUGAA8



REF:4

https://www.youtube.com/watch?v=d37DJtV19GE



REF:5

https://www.youtube.com/watch?v=PWz6BQsvloI



REF:6

https://www.youtube.com/watch?v=UteqZSwdH5g



REF:7

https://www.youtube.com/watch?v=Yl4fOLz2T40



REF:8

https://www.youtube.com/watch?v=zCp3HKulE_c



# Exhibit 2c

REF:1

https://www.youtube.com/watch?v=0Qaj6n8BKqE



REF:2

https://www.youtube.com/watch?v=0Qaj6n8BKqE



REF:3

https://www.youtube.com/watch?v=0Qaj6n8BKqE



REF:4

https://www.youtube.com/watch?v=0Qaj6n8BKqE



REF:5

https://www.youtube.com/watch?v=0Qaj6n8BKqE



REF:6

https://www.youtube.com/watch?v=0Qaj6n8BKqE



REF:7

https://www.youtube.com/watch?v=1LxOOygCovQ



REF:8

https://www.youtube.com/watch?v=1LxOOygCovQ



REF:9

https://www.youtube.com/watch?v=1LxOOygCovQ



REF:10

https://www.youtube.com/watch?v=1LxOOygCovQ

REF:11

https://www.youtube.com/watch?v=1LxOOygCovQ



REF:12

https://www.youtube.com/watch?v=1LxOOygCovQ



REF:13

https://www.youtube.com/watch?v=Bhdfj3V1OcE



REF:14

https://www.youtube.com/watch?v=Bhdfj3V1OcE



REF:15

https://www.youtube.com/watch?v=Bhdfj3V1OcE



REF:16

https://www.youtube.com/watch?v=Bhdfj3V1OcE



REF:17

https://www.youtube.com/watch?v=Bhdfj3V1OcE



REF:18

https://www.youtube.com/watch?v=Bhdfj3V1OcE



REF:19

https://www.youtube.com/watch?v=Bhdfj3V1OcE



REF:20

https://www.youtube.com/watch?v=e_EpauNp0N8



REF:21

https://www.youtube.com/watch?v=e_EpauNp0N8



REF:22

https://www.youtube.com/watch?v=e_EpauNp0N8



REF:23

https://www.youtube.com/watch?v=e_EpauNp0N8



REF:24

https://www.youtube.com/watch?v=e_EpauNp0N8



REF:25

https://www.youtube.com/watch?v=e_EpauNp0N8



REF:26

https://www.youtube.com/watch?v=e_EpauNp0N8





REF:27

https://www.youtube.com/watch?v=EVDD5DM7l0o



REF:28

https://www.youtube.com/watch?v=EVDD5DM7l0o



REF:29

https://www.youtube.com/watch?v=EVDD5DM7l0o



REF:30

https://www.youtube.com/watch?v=EVDD5DM7l0o



REF:31

https://www.youtube.com/watch?v=EVDD5DM7l0o



REF:32

https://www.youtube.com/watch?v=EVDD5DM7l0o



REF:33

https://www.youtube.com/watch?v=EVDD5DM7l0o



REF:34

https://www.youtube.com/watch?v=FQ0d4Lw6E5s



REF:35

https://www.youtube.com/watch?v=FQ0d4Lw6E5s



REF:36

https://www.youtube.com/watch?v=FQ0d4Lw6E5s



REF:37

https://www.youtube.com/watch?v=FQ0d4Lw6E5s



REF:38

https://www.youtube.com/watch?v=FQ0d4Lw6E5s



REF:39

https://www.youtube.com/watch?v=FQ0d4Lw6E5s



REF:40

https://www.youtube.com/watch?v=FQ0d4Lw6E5s



REF:41

https://www.youtube.com/watch?v=GHJDQjIygR8



REF:42

https://www.youtube.com/watch?v=GHJDQjIygR8



REF:43

https://www.youtube.com/watch?v=GHJDQjIygR8



REF:44

https://www.youtube.com/watch?v=GHJDQjIygR8



REF:45

https://www.youtube.com/watch?v=GHJDQjIygR8



REF:46

https://www.youtube.com/watch?v=GHJDQjIygR8



REF:47

https://www.youtube.com/watch?v=GHJDQjIygR8



REF:48

https://www.youtube.com/watch?v=igNkrb_LqIs



REF:49

https://www.youtube.com/watch?v=igNkrb_Lqls



REF:50

https://www.youtube.com/watch?v=mEbvB58p7lw



REF:51

https://www.youtube.com/watch?v=mEbvB58p7lw



REF:52

https://www.youtube.com/watch?v=mEbvB58p7lw



REF:53

https://www.youtube.com/watch?v=mEbvB58p7lw



REF:54

https://www.youtube.com/watch?v=mEbvB58p7lw

REF:55

https://www.youtube.com/watch?v=mEbvB58p7lw



REF:56

https://www.youtube.com/watch?v=NXUxg5gBos4



REF:57

https://www.youtube.com/watch?v=nzJsRlfKM-8



REF:58

https://www.youtube.com/watch?v=nzJsRlfKM-8



REF:59

https://www.youtube.com/watch?v=nzJsRlfKM-8



REF:60

https://www.youtube.com/watch?v=nzJsRlfKM-8



REF:61

https://www.youtube.com/watch?v=nzJsRlfKM-8



REF:62

https://www.youtube.com/watch?v=nzJsRlfKM-8



REF:63

https://www.youtube.com/watch?v=u_eQmcfgsJs



REF:64

https://www.youtube.com/watch?v=u_eQmcfgsJs



REF:65

https://www.youtube.com/watch?v=u_eQmcfgsJs



REF:66

https://www.youtube.com/watch?v=u_eQmcfgsJs



REF:67

https://www.youtube.com/watch?v=u_eQmcfgsJs



REF:68

https://www.youtube.com/watch?v=u_eQmcfgsJs



REF:69

https://www.youtube.com/watch?v=u_eQmcfgsJs



REF:70

https://www.youtube.com/watch?v=UPZiH7TWPqM



REF:71

https://www.youtube.com/watch?v=UPZiH7TWPqM



REF:72

https://www.youtube.com/watch?v=UPZiH7TWPqM



REF:73

https://www.youtube.com/watch?v=UPZiH7TWPqM



REF:74

https://www.youtube.com/watch?v=UPZiH7TWPqM



REF:75

https://www.youtube.com/watch?v=UPZiH7TWPqM



REF:76

https://www.youtube.com/watch?v=VN7EyDn2fTM



REF:77

https://www.youtube.com/watch?v=VN7EyDn2fTM



REF:78

https://www.youtube.com/watch?v=VN7EyDn2fTM

REF:79

https://www.youtube.com/watch?v=VN7EyDn2fTM



REF:80

https://www.youtube.com/watch?v=VN7EyDn2fTM



REF:81

https://www.youtube.com/watch?v=VN7EyDn2fTM



REF:82

https://www.youtube.com/watch?v=Y-gBg0L2nZ0



REF:83

https://www.youtube.com/watch?v=Y-gBg0L2nZ0



REF:84

https://www.youtube.com/watch?v=Y-gBg0L2nZ0



REF:85

https://www.youtube.com/watch?v=Y-gBg0L2nZ0



REF:86

https://www.youtube.com/watch?v=Y-gBg0L2nZ0



# Exhibit 2d

REF:1

https://www.youtube.com/watch?v=wEbsclSVl6M



REF:2

https://www.youtube.com/watch?v=wEbsclSVl6M



REF:3

https://www.youtube.com/watch?v=wEbsclSVl6M



REF:4

https://www.youtube.com/watch?v=wEbsclSVl6M



REF:5

https://www.youtube.com/watch?v=wEbsclSVl6M



REF:6

https://www.youtube.com/watch?v=wEbsclSVl6M



REF:7

https://www.youtube.com/watch?v=Y05EaAfRs3Y



REF:8

https://www.youtube.com/watch?v=Y05EaAfRs3Y



REF:9

https://www.youtube.com/watch?v=Y05EaAfRs3Y



REF:10

https://www.youtube.com/watch?v=Y05EaAfRs3Y



REF:11

https://www.youtube.com/watch?v=Y05EaAfRs3Y



REF:12

https://www.youtube.com/watch?v=Y05EaAfRs3Y

# Exhibit 2e

REF:1

https://www.youtube.com/watch?v=DlWGje-XBfI



REF:2

https://www.youtube.com/watch?v=DlWGje-XBfI



REF:3

https://www.youtube.com/watch?v=DlWGje-XBfI



REF:4

https://www.youtube.com/watch?v=GywmC1VnL2s

