# Exhibit 3

**Registration Number**

# PA 2-360-287

**Effective Date of Registration:**
June 03, 2022
**Registration Decision Date:**
July 28, 2022

## Title

    **Title of Work:**    04292022_ANDOVER DRONE FOOTAGE

## Completion/Publication

    **Year of Completion:**    2022
    **Date of 1st Publication:**    April 29, 2022
    **Nation of 1st Publication:**    United States

## Author

    •     **Author:**    Reed Timmer
    **Author Created:**    entire motion picture
    **Work made for hire:**    No
    **Domiciled in:**    United States

## Copyright Claimant

    **Copyright Claimant:**    Reed Timmer
    23520 Pondview Pl., Golden, CO, 80401, United States

## Certification

    **Name:**    Craig Sanders
    **Date**:    June 03, 2022

**Registration Number**

**PA 2-381-497**

**Effective Date of Registration:**
October 12, 2022
**Registration Decision Date:**
November 28, 2022

## Title

**Title of Work:** 9.29.2022_Storm Surge Ian

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** September 29, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Maxwell Olson
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Maxwell Olson
3220 Conestoga Drive, Norman, OK, 73072, United States

## Certification

**Name:** Craig Sanders
**Date:** October 12, 2022

Page 1 of 1

**Registration Number**

**PA 2-397-322**

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
February 17, 2023

## Title

| | |
|---|---|
| **Title of Work:** | 11-18-22 Lackawanna, NY-Firefighters shoveling to save patient, cars stuck, interstate closed |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | November 18, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Michael Brandon Clement |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MIchael Brandon Clement |
| | 1315 Carroll Drive, Terry, MI, 39170, United States |

## Certification

| | |
|---|---|
| **Name:** | Craig Sanders |
| **Date**: | January 30, 2023 |

**Registration Number**

# PA 2-397-898

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 22, 2023

## Title

| | |
|---|---|
| **Title of Work:** | 11-18-22 Hamburg, NY-Drivers stuck, travelers stranded in four feet of snow SOTs |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | November 18, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Michael Brandon Clement |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Brandon Clement |
| | 1315 Carroll Drive, Terry, MI, 39170, United States |

## Certification

| | |
|---|---|
| **Name:** | Craig Sanders |
| **Date:** | January 31, 2023 |

Page 1 of 1

**Registration Number**

# PA 2-401-312

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

## Title

| | |
|---|---|
| **Title of Work:** | 11-18-22 Hamburg, NY-Snow emergency, cars and semis stranded in feet of snow |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | November 18, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Michael Brandon Clement |
| | **Author Created:** | entire motion picture |
| | **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Brandon Clement |
| | 1315 Carroll Drive, Terry, MI, 39170, United States |

## Certification

| | |
|---|---|
| **Name:** | Craig Sanders |
| **Date:** | February 08, 2023 |

Page 1 of 1

**Registration Number**

# PA 2-401-314

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

## Title

**Title of Work:**   11-19-22 New York Lake Effect Snow

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   November 19, 2022
**Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Michael Brandon Clement
 **Author Created:**   entire motion picture
 **Work made for hire:**   No
 **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:**   Craig Sanders
**Date**:   February 08, 2023

Page 1 of 1

**Registration Number**

# PA 2-401-320

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

## Title

**Title of Work:** 11-18-22 Orchard Park, NY-Orchard Park maze of mayhem

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 18, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** February 08, 2023

Page 1 of 1

**Registration Number**

# PA 2-401-400

**Effective Date of Registration:**
March 03, 2023
**Registration Decision Date:**
March 14, 2023

## Title

**Title of Work:**    12-25-22 Buffalo Blizzard

## Completion/Publication

**Year of Completion:**    2022
**Date of 1st Publication:**    December 25, 2022
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Michael Brandon Clement
**Author Created:**    entire motion picture
**Work made for hire:**    No
**Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:**    Craig Sanders
**Date**:    March 03, 2023

Page 1 of 1

**Registration Number**

# PA 2-401-404

**Effective Date of Registration:**
March 14, 2023
**Registration Decision Date:**
March 14, 2023

## Title

**Title of Work:** 11-18-2022 Orchard Park, NY Record snow leaves stranded vehicles everywhere

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 18, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** February 08, 2023

**Correspondence:** Yes

Page 1 of 1

**Registration Number**

# PA 2-404-606

**Effective Date of Registration:**
March 08, 2023
**Registration Decision Date:**
March 31, 2023

## Title

**Title of Work:**   12/24/22 Buffalo Blizzard

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   December 24, 2022
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Michael Brandon Clement
  **Author Created:**   entire motion picture
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

**Name:**   Michael Brandon Clement
**Email:**   bclemms@gmail.com
**Telephone:**   (601)260-3170
**Address:**   1315 Carroll Dr
Terry, MS 39170 United States

## Certification

**Name:**   Michael Brandon Clement

**Date**:    March 08, 2023

**Registration Number**

# PA 2-404-612

**Effective Date of Registration:**
March 08, 2023
**Registration Decision Date:**
March 31, 2023

## Title

**Title of Work:**   12/23/22 Buffalo Blizzard

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   December 23, 2022
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Michael Brandon Clement
**Author Created:**   entire motion picture
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

**Name:**   Michael Brandon Clement
**Email:**   bclemms@gmail.com
**Telephone:**   (601)260-3170
**Address:**   1315 Carroll Dr
Terry, MS 39170 United States

## Certification

**Name:**   Michael Brandon Clement

**Date**:    March 08, 2023

**Registration Number**

**PA 2-414-448**

**Effective Date of Registration:**
May 05, 2023
**Registration Decision Date:**
June 05, 2023

## Title

**Title of Work:**    03-25-2023 Rolling Fork, MS - First Light Extreme Tornado Damage _Drone_

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    March 25, 2023
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Aaron Rigsby
  **Author Created:**    entire motion picture
  **Work made for hire:**    No
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Aaron Rigsby
7851 Larkwood St., Commerce City, CO, 80022, United States

## Certification

**Name:**    Craig Sanders
**Date**:    May 05, 2023

Page 1 of 1

**Registration Number**

# PA 2-422-180

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
July 28, 2023

## Title

**Title of Work:**  4-19-2023 Cole, OK Tornado

## Completion/Publication

**Year of Completion:**  2023
**Date of 1st Publication:**  April 19, 2023
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Reed Timmer
  **Author Created:**  entire motion picture
  **Work made for hire:**  No
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Reed Timmer
23520 Pondview Pl., Golden, CO, 80401, United States

## Certification

**Name:**  Craig Sanders
**Date:**  June 22, 2023

**Registration Number**

**PA 2-486-256**

**Effective Date of Registration:**
July 15, 2024
**Registration Decision Date:**
August 23, 2024

## Title

**Title of Work:**  Lincoln Nebraska Tornado Crossing I-80

## Completion/Publication

**Year of Completion:**  2024
**Date of 1st Publication:**  April 26, 2024
**Nation of 1st Publication:**  United States

## Author

- **Author:**  nicholas Ryan gorman
  **Author Created:**  entire motion picture
  **Work made for hire:**  No
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Nicholas Ryan Gorman
30308 Sunset Dr, Girard, IL, 62640, United States

## Certification

**Name:**  nicholas gorman
**Date**:  July 15, 2024

**Registration Number**

# PA 2-491-732

**Effective Date of Registration:**
August 10, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:**  INSANE TORNADO PIPE intercept with windmills toppled near Greenfield, Iowa! - Ground Video

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 21, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Reed Timmer
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:**  Reed Timmer
216 Meadow Rose Drive, Travelers Rest, SC, 29690, United States

## Rights and Permissions

**Name:** Reed Timmer
**Email:** reedtimmer@gmail.com

## Certification

**Name:** Brenda Brown
**Date:** August 10, 2024

Page 1 of 1

**Registration Number**

# PA 2-495-685

**Effective Date of Registration:**
September 04, 2024
**Registration Decision Date:**
October 23, 2024

## Title

**Title of Work:** Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 25, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Global Weather Productions LLC
1309 Coffeen Avenue, Suite 1200, Sheridan, WY, 82801, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage

**New material included in claim:** additional new footage

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** bclemms@gmail.com
**Address:** 1315 Carroll Dr
Terry, MS 39170 United States

## Certification

        **Name:**   Jennifer Emfinger
         **Date**:   September 04, 2024

**Registration Number**

# PA 2-507-427

**Effective Date of Registration:**
October 28, 2024
**Registration Decision Date:**
January 06, 2025

## Title

**Title of Work:**    Record breaking Buffalo Snow - Lake Effect - November 2022

## Completion/Publication

**Year of Completion:**    2022
**Date of 1st Publication:**    November 19, 2022
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Michael Brandon Clement
  **Author Created:**    entire motion picture
  **Citizen of:**    United States
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Global Weather Productions LLC
1309 Coffeen Avenue, Suite 1200, Sheridan, WY, 82801
**Transfer statement:**    By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**    preexisting footage

**New material included in claim:**    all other cinematographic material, additional new footage

## Rights and Permissions

**Name:**    Michael Brandon Clement
**Email:**    brandon@wxchasing.com

## Certification

**Name:**   Jennifer Emfinger
**Date**:   October 28, 2024

**Registration Number**

# PA 2-524-609

**Effective Date of Registration:**
January 30, 2025
**Registration Decision Date:**
April 09, 2025

## Title

**Title of Work:** Huge Lake Effect Snow buries Erie, PA to New York state line - Winter Storm - November 2024 - Raw 4k

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** November 29, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Global Weather Productions LLC
1309 Coffeen Avenue, Suite 1200, Sheridan, WY, 82801, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage

**New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** brandon@wxchasing.com

Page 1 of 2

## Certification

         **Name:**  Jennifer Emfinger
         **Date**:   January 30, 2025

**Registration Number**

# PA 2-524-820

**Effective Date of Registration:**
January 30, 2025
**Registration Decision Date:**
April 09, 2025

## Title

| | |
|---|---|
| **Title of Work:** | 11-29-2024 Erie, PA Lake effect snow drone and rolling shots |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | November 29, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Michael Brandon Clement |
| **Author Created:** | entire motion picture |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Global Weather Productions LLC |
| | 1309 Coffeen Avenue, Suite 1200, Sheridan, WY, 82801, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Michael Brandon Clement |
| **Email:** | brandon@wxchasing.com |

## Certification

| | |
|---|---|
| **Name:** | Jennifer Emfinger |
| **Date:** | January 30, 2025 |

**Registration Number**

# PA 2-555-445

**Effective Date of Registration:**
July 22, 2025
**Registration Decision Date:**
December 03, 2025

## Title

   **Title of Work:** 5-17-25 London, KY-First Light Tornado Damage, Drone

## Completion/Publication

   **Year of Completion:** 2025
  **Date of 1st Publication:** May 18, 2025
  **Nation of 1st Publication:** United States

## Author

-   **Author:** Michael Brandon Clement
   **Author Created:** entire motion picture
     **Citizen of:** United States

-   **Author:** Jonathan Petramala
   **Author Created:** entire motion picture
     **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Global Weather Productions LLC
         1309 Coffeen Avenue, STE 1200, Sheridan, WY, 82801, United States
  **Transfer statement:** By written agreement

## Rights and Permissions

    **Name:** Michael Brandon Clement
    **Email:** brandon@wxchasing.com

## Certification

**Name:**  Brenda Wilson
**Date**:  July 22, 2025

# Copyright

**Registration Number / Date:**

PAU003004741 / 2005-11-23

**Type of Work:**

Motion Pictures

**Title:**

Hurricanes 2005.

**Date of Creation:**

2005

**Copyright Claimant:**

Mike Theiss, 1978-

**Basis of Claim:**

New Matter: compilation of footage.

**Description:**

Videocassette ;

**Names:**

Theiss, Mike 1978-

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_10770089

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright