# Exhibit 4

# Exhibit 4a



**Copyright Management <copyright@viraldrm.com>**

---

## [6ID73O6SDS5YQCZ5D3TZCFEU2U] YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+2j8lo6ji1wefp07@google.com>   Thu, Mar 5, 2026 at 4:39 PM
Reply-To: YouTube Copyright <youtube-disputes+2j8lo6ji1wefp07@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Mike Theiss
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 4780 I 55 N , Suite 100
    - Jackson, MS 39211
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: +1 (601) 892-4218

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=fWoaEu66rK4
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Hurricane Wilma Video - Miami Beach, Florida
    - Source of video: QDFK40UMotc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:54 to 0:00:56 :
      https://www.youtube.com/watch?v=fWoaEu66rK4&t=54
      It appears in your source video from 0:01:07 to 0:01:09 :
      https://www.youtube.com/watch?v=QDFK40UMotc&t=67

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

  - The YouTube Team

Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 4 of 56

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@viraldrm.com wrote:

Video IDs: fWoaEu66rK4

 Gmail

**Copyright Management <copyright@wxchasing.com>**

## [DMVKNBQORQ5N7N2F2UQQPMVPBA] YouTube Copyright Complaint Submission

1 message

---

**YouTube Copyright** <youtube-disputes+0acaceep43qnl07@google.com>          Thu, Mar 5, 2026 at 4:27 PM
Reply-To: YouTube Copyright <youtube-disputes+0acaceep43qnl07@google.com>
To: copyright@wxchasing.com

---

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 402 Beech St
    - Borger, TX 79007
    - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: +1 (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=QNPLE92VmTY
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground
    - Source of video: U-tgVxSMDlc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 1:14:47 to 1:14:51 :
      https://www.youtube.com/watch?v=QNPLE92VmTY&t=4487
      It appears in your source video from 0:01:14 to 0:01:18 :
      https://www.youtube.com/watch?v=U-tgVxSMDlc&t=74

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Xzi0K-ObYBc
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Huge Lake Effect Snow buries Erie, PA to New York state line - Winter Storm - November 2024 - Raw 4k
    - Source of video: Mq8mUEmHK5k
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:48 to 0:00:52 :
      https://www.youtube.com/watch?v=Xzi0K-ObYBc&t=48
      It appears in your source video from 0:05:27 to 0:05:28 :
      https://www.youtube.com/watch?v=Mq8mUEmHK5k&t=327

Case 4:26-cv-02367-KAW   Document 1-4   Filed 03/18/26   Page 6 of 56

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@wxchasing.com wrote:

Video IDs: QNPLE92VmTY, Xzi0K-ObYBc



LSM Intellectual Property <ip@livestormsmedia.com>

## [HY52KQEA3A27AN4DRKZKXXGF5Y] YouTube Copyright Complaint Submission

1 message

---

**YouTube Copyright** <youtube-disputes+28fd1xyii6fik07@google.com>    Thu, Mar 5, 2026 at 4:16 PM
Reply-To: YouTube Copyright <youtube-disputes+28fd1xyii6fik07@google.com>
To: ip@livestormsmedia.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=5FwACmisd-U
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 11-19-22 Buffalo, NY-Digging out from record storm SOTs.mp4
  - Source of video: j6YmvXdi2xs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:31 to 0:05:33 :
    https://www.youtube.com/watch?v=5FwACmisd-U&t=331
    It appears in your source video from 0:00:46 to 0:00:48 :
    https://www.youtube.com/watch?v=j6YmvXdi2xs&t=46

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=6On9fZ2WtHg
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 12-25-2022 Buffalo, NY Abandoned vehicles litter the metro after intense blizzard
  - Source of video: qCrwKXNlmK0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:39 to 0:03:44 :
    https://www.youtube.com/watch?v=6On9fZ2WtHg&t=219
    It appears in your source video from 0:02:17 to 0:02:18 :
    https://www.youtube.com/watch?v=qCrwKXNlmK0&t=137

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

Case 4:26-cv-03367-KAW    Document 1-4    Filed 03/18/26    Page 8 of 56

- - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 ip@livestormsmedia.com wrote:

Video IDs: 5FwACmisd-U, 6On9fZ2WtHg

Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 9 of 56

                                    **Copyright Management <copyright@wxchasing.com>**

---

## [JF45RXFRHN6BG53H2RNRL24UFU] YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+3eacxklxoqcpn07@google.com>            Thu, Mar 5, 2026 at 4:11 PM
Reply-To: YouTube Copyright <youtube-disputes+3eacxklxoqcpn07@google.com>
To: copyright@wxchasing.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 402 Beech St
    - Borger, TX 79007
    - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: +1 (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=3PzkaIvok8g
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground
    - Source of video: U-tgVxSMDlc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:21 to 0:00:24 :
      https://www.youtube.com/watch?v=3PzkaIvok8g&t=21
      It appears in your source video from 0:06:27 to 0:06:30 :
      https://www.youtube.com/watch?v=U-tgVxSMDlc&t=387

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4HKpE5qmRHs
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground
    - Source of video: U-tgVxSMDlc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:29 to 0:00:34 :
      https://www.youtube.com/watch?v=4HKpE5qmRHs&t=29
      It appears in your source video from 0:03:14 to 0:03:19 :
      https://www.youtube.com/watch?v=U-tgVxSMDlc&t=194

- Country where copyright applies: US

- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@wxchasing.com wrote:

Video IDs: 3PzkaIvok8g, 4HKpE5qmRHs



<div align="right">LSM Intellectual Property &lt;ip@livestormsmedia.com&gt;</div>

## [R3F2SFP3VV575LCQJJ2WKPLSOA] YouTube Copyright Complaint Submission

1 message

**YouTube Copyright** &lt;youtube-disputes+1tc4po1tcsep707@google.com&gt;       Thu, Mar 5, 2026 at 4:32 PM
Reply-To: YouTube Copyright &lt;youtube-disputes+1tc4po1tcsep707@google.com&gt;
To: ip@livestormsmedia.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=RhNEs_EoVmc
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Downtown rolling shots after incredible blizzard
    - Source of video: Jo8DQFtswWU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:05:31 to 0:05:40 :
      https://www.youtube.com/watch?v=RhNEs_EoVmc&t=331
      It appears in your source video from 0:00:49 to 0:00:58 :
      https://www.youtube.com/watch?v=Jo8DQFtswWU&t=49

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=xanhnmdZJlo
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Downtown rolling shots after incredible blizzard
    - Source of video: Jo8DQFtswWU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:50 to 0:00:52 :
      https://www.youtube.com/watch?v=xanhnmdZJlo&t=50
      It appears in your source video from 0:03:55 to 0:03:57 :
      https://www.youtube.com/watch?v=Jo8DQFtswWU&t=235

- Country where copyright applies: US

- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 ip@livestormsmedia.com wrote:

Video IDs: RhNEs_EoVmc, xanhnmdZJIo

Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 13 of 56

 Gmail

**LSM Intellectual Property <ip@livestormsmedia.com>**

---

## [U3UHCU42ENGCMENMFXRMSOZQRU] YouTube Copyright Complaint Submission

1 message

---

**YouTube Copyright** <youtube-disputes+1bc2yq90wqk7w07@google.com>        Thu, Mar 5, 2026 at 4:36 PM
Reply-To: YouTube Copyright <youtube-disputes+1bc2yq90wqk7w07@google.com>
To: ip@livestormsmedia.com

▶ YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=C1Df_4X-p9g
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Hamburg, NY Homes coated in ice from Blizzard - drone
    - Source of video: VUu4wyejaO4
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:37 to 0:01:47 :
      https://www.youtube.com/watch?v=C1Df_4X-p9g&t=97
      It appears in your source video from 0:00:56 to 0:01:06 :
      https://www.youtube.com/watch?v=VUu4wyejaO4&t=56

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=PyCGBCvwwQg
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Hamburg, NY Homes coated in ice from Blizzard - drone
    - Source of video: VUu4wyejaO4
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:44 to 0:01:54 :
      https://www.youtube.com/watch?v=PyCGBCvwwQg&t=104
      It appears in your source video from 0:00:56 to 0:01:06 :
      https://www.youtube.com/watch?v=VUu4wyejaO4&t=56

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 ip@livestormsmedia.com wrote:

Video IDs: C1Df_4X-p9g, PyCGBCvwwQg

 **Copyright Management <copyright@wxchasing.com>**

## [XMZZBZELNVXZTTDIFEHDHCCFLY] YouTube Copyright Complaint Submission

1 message

**YouTube Copyright** <youtube-disputes+1mj3vr1bpvjzt07@google.com>     Thu, Mar 5, 2026 at 4:21 PM
Reply-To: YouTube Copyright <youtube-disputes+1mj3vr1bpvjzt07@google.com>
To: copyright@wxchasing.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
  - 402 Beech St
  - Borger, TX 79007
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: +1 (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=8h9BioBav1M
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground
  - Source of video: U-tgVxSMDlc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:43 to 0:06:44 :
    https://www.youtube.com/watch?v=8h9BioBav1M&t=403
    It appears in your source video from 0:06:34 to 0:06:40 :
    https://www.youtube.com/watch?v=U-tgVxSMDlc&t=394

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=hzoqbwXcJ-4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground
  - Source of video: U-tgVxSMDlc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:34 to 0:02:38 :
    https://www.youtube.com/watch?v=hzoqbwXcJ-4&t=154
    It appears in your source video from 0:01:14 to 0:01:18 :
    https://www.youtube.com/watch?v=U-tgVxSMDlc&t=74

- Country where copyright applies: US

Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 16 of 56

- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@wxchasing.com wrote:

Video IDs: 8h9BioBav1M, hzoqbwXcJ-4

# Exhibit 4b

Case 4:26-cv-02367-KAW   Document 1-4   Filed 03/18/26   Page 18 of 56

         **Copyright Management <copyright@viraldrm.com>**

# [56BXUGLZOLLA3V662ACWWZQ7GY] YouTube Copyright Complaint Submission

1 message

**YouTube Copyright** <youtube-disputes+3jeijje788jya07@google.com>      Thu, Mar 5, 2026 at 5:11 PM
Reply-To: YouTube Copyright <youtube-disputes+3jeijje788jya07@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Max Olson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
  - 4780 I 55 N , Suite 100
  - Jackson, MS 39211
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: +1 (601) 892-4218

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=PWz6BQsvloI
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
  - Source of video: al8yTiCVfro
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:49 to 0:00:50 :
    https://www.youtube.com/watch?v=PWz6BQsvloI&t=49
    It appears in your source video from 0:00:37 to 0:00:38 :
    https://www.youtube.com/watch?v=al8yTiCVfro&t=37

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 19 of 56

- The YouTube Team

<br>Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@viraldrm.com wrote:

Video IDs: PWz6BQsvloI

Case 4:26-cv-02367-KAW   Document 1-4   Filed 03/18/26   Page 20 of 56

 Gmail                                         **Copyright Account <copyright@teamdominator.com>**

---

## [C2TSJPOE5O2NME66PJA4JG4IFY] YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+03tf6iczraf8k07@google.com>              Thu, Mar 5, 2026 at 5:04 PM
Reply-To: YouTube Copyright <youtube-disputes+03tf6iczraf8k07@google.com>
To: copyright@teamdominator.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Reed Timmer
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 4780 I 55 N , Suite 100
    - Jackson, MS 39211
    - US
- Username: Reed Timmer
- Email Address: copyright@teamdominator.com
- Phone: +1 (601) 892-4218

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=7w9TDuUGAA8
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: INSANE TORNADO PIPE intercept with windmills toppled near Greenfield, Iowa!
    - Source of video: R_ZDVYzIhgc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:18 to 0:00:24 :
      https://www.youtube.com/watch?v=7w9TDuUGAA8&t=18
      It appears in your source video from 0:00:36 to 0:00:42 :
      https://www.youtube.com/watch?v=R_ZDVYzIhgc&t=36

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@teamdominator.com wrote:

Video IDs: 7w9TDuUGAA8

Case 4:26-cv-02367-KAW   Document 1-4   Filed 03/18/26   Page 22 of 56

                                  **SevereStudios Copyright <copyright@severestudios.com>**

---

# [ETH2ER4TRXZTLBJJV2LDSXLBHE] YouTube Copyright Complaint Submission

1 message

---

**YouTube Copyright** <youtube-disputes+3l3lrkb18z3r707@google.com>        Thu, Mar 5, 2026 at 4:59 PM
Reply-To: YouTube Copyright <youtube-disputes+3l3lrkb18z3r707@google.com>
To: copyright@severestudios.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Nick Gorman
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 3500 S Sheldon Ln #102
    - Sioux Falls, SD 57105
    - US
- Username: SevereStudios Copyright
- Email Address: copyright@severestudios.com
- Phone: +1 605-770-1624

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=UteqZSwdH5g
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Tornado North of Lincoln Nebraska! 4-26-24
    - Source of video: 3QB3b6IgxKQ
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:34 :
      https://www.youtube.com/watch?v=UteqZSwdH5g&t=0
      It appears in your source video from 0:04:16 to 0:04:50 :
      https://www.youtube.com/watch?v=3QB3b6IgxKQ&t=256

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 23 of 56

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@severestudios.com wrote:

Video IDs: UteqZSwdH5g

Case 4:26-cv-02367-KAW   Document 1-4   Filed 03/18/26   Page 24 of 56

 **Gmail**                                                            **Copyright Account <copyright@teamdominator.com>**

## [NPBRPWD2N62X64V7H5W747UWJE] YouTube Copyright Complaint Submission
1 message

**YouTube Copyright** <youtube-disputes+3diujslbnl84u07@google.com>        Thu, Mar 5, 2026 at 5:05 PM
Reply-To: YouTube Copyright <youtube-disputes+3diujslbnl84u07@google.com>
To: copyright@teamdominator.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Reed Timmer
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
  - 4780 I 55 N , Suite 100
  - Jackson, MS 39211
  - US
- Username: Reed Timmer
- Email Address: copyright@teamdominator.com
- Phone: +1 (601) 892-4218

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=d37DJtV19GE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Drone footage of Andover tornado with color correction
  - Source of video: https://web.facebook.com/watch/?v=2279686292188042
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:12 :
    https://www.youtube.com/watch?v=d37DJtV19GE&t=0
    It appears in your source video: https://web.facebook.com/watch/?v=2279686292188042

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

  - The YouTube Team

Case 4:26-cv-02367-KAW   Document 1-4   Filed 03/18/26   Page 25 of 56

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@teamdominator.com wrote:

Video IDs: d37DJtV19GE

 Gmail

**Copyright Account <copyright@teamdominator.com>**

## [NS2LAIAR3YMMSG3SQUXXDY6DCI] YouTube Copyright Complaint Submission

1 message

**YouTube Copyright** <youtube-disputes+11kut7wawsnl407@google.com>      Thu, Mar 5, 2026 at 5:07 PM
Reply-To: YouTube Copyright <youtube-disputes+11kut7wawsnl407@google.com>
To: copyright@teamdominator.com

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Reed Timmer
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 4780 I 55 N , Suite 100
    - Jackson, MS 39211
    - US
- Username: Reed Timmer
- Email Address: copyright@teamdominator.com
- Phone: +1 (601) 892-4218

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=zCp3HKulE_c
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: POWERFUL TORNADO intercepted in Cole, Oklahoma in Dominator Fore
    - Source of video: GI6_R2bWzW8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:20 :
      https://www.youtube.com/watch?v=zCp3HKulE_c&t=0
      It appears in your source video from 0:04:18 to 0:04:38 :
      https://www.youtube.com/watch?v=GI6_R2bWzW8&t=258

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@teamdominator.com wrote:

Video IDs: zCp3HKulE_c

Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 28 of 56

 Gmail                                                         **Copyright Management <copyright@viraldrm.com>**

---

## [WFEMAMUZCSKV36V3OBYN7VDYJ4] YouTube Copyright Complaint Submission

1 message

---

**YouTube Copyright** <youtube-disputes+0xihwswdsk3xe07@google.com>          Thu, Mar 5, 2026 at 5:13 PM
Reply-To: YouTube Copyright <youtube-disputes+0xihwswdsk3xe07@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Max Olson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 4780 I 55 N , Suite 100
    - Jackson, MS 39211
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: +1 (601) 892-4218

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Yl4fOLz2T40
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
    - Source of video: al8yTiCVfro
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:18 :
      https://www.youtube.com/watch?v=Yl4fOLz2T40&t=0
      It appears in your source video from 0:00:37 to 0:00:55 :
      https://www.youtube.com/watch?v=al8yTiCVfro&t=37

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@viraldrm.com wrote:

Video IDs: Yl4fOLz2T40



SevereStudios Copyright <copyright@severestudios.com>

---

## [YUH3P32JEI4XT6PEF2TQCWLHGU] YouTube Copyright Complaint Submission

1 message

---

**YouTube Copyright** <youtube-disputes+3q1v3qj7w8rba07@google.com>     Thu, Mar 5, 2026 at 4:57 PM
Reply-To: YouTube Copyright <youtube-disputes+3q1v3qj7w8rba07@google.com>
To: copyright@severestudios.com

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Nick Gorman
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
  - 3500 S Sheldon Ln #102
  - Sioux Falls, SD 57105
  - US
- Username: SevereStudios Copyright
- Email Address: copyright@severestudios.com
- Phone: +1 605-770-1624

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=6Tm54mjM84A
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Tornado North of Lincoln Nebraska! 4-26-24
  - Source of video: 3QB3b6IgxKQ
  - Type of video: Internet video
  - Where does the content appear? Custom thumbnail

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 31 of 56

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@severestudios.com wrote:

Video IDs: 6Tm54mjM84A

# Exhibit 4c



**Copyright Management <copyright@viraldrm.com>**

---

# [5QSFONR6YGZZZEVERD2QB6DB3A] YouTube Copyright Complaint Submission

1 message

---

**YouTube Copyright** <youtube-disputes+0qpzz616g8eoo07@google.com>      Thu, Mar 5, 2026 at 5:46 PM
Reply-To: YouTube Copyright <youtube-disputes+0qpzz616g8eoo07@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
  - 402 Beech St
  - Borger, TX 79007
  - US
- Username: WXChasing
- Email Address: copyright@viraldrm.com
- Phone: +1 (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=EVDD5DM7l0o
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Record breaking Buffalo Snow - Lake Effect - November 2022
  - Source of video: 1XMyFgzQt1o
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:13 to 0:04:15 :
    https://www.youtube.com/watch?v=EVDD5DM7l0o&t=253
    It appears in your source video from 0:03:29 to 0:03:31 :
    https://www.youtube.com/watch?v=1XMyFgzQt1o&t=209

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=nzJsRlfKM-8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground
  - Source of video: U-tgVxSMDlc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:27 to 0:00:28 :
    https://www.youtube.com/watch?v=nzJsRlfKM-8&t=27
    It appears in your source video from 0:06:34 to 0:06:40 :
    https://www.youtube.com/watch?v=U-tgVxSMDlc&t=394

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@viraldrm.com wrote:

Video IDs: EVDD5DM7l0o, nzJsRlfKM-8

Case 4:26-cv-02367-KAW     Document 1-4     Filed 03/18/26     Page 35 of 56



**Copyright Management <copyright@viraldrm.com>**

## [E43N2ORCKQCQWVMWBNDIN7BLPY] YouTube Copyright Complaint Submission

1 message

**YouTube Copyright** <youtube-disputes+3kw8kde11y4j307@google.com>          Thu, Mar 5, 2026 at 5:32 PM
Reply-To: YouTube Copyright <youtube-disputes+3kw8kde11y4j307@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
  - 402 Beech St
  - Borger, TX 79007
  - US
- Username: WXChasing
- Email Address: copyright@viraldrm.com
- Phone: +1 (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Bhdfj3V1OcE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground
  - Source of video: U-tgVxSMDlc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:06 to 0:00:10 :
    https://www.youtube.com/watch?v=Bhdfj3V1OcE&t=6
    It appears in your source video from 0:05:52 to 0:05:56 :
    https://www.youtube.com/watch?v=U-tgVxSMDlc&t=352

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=e_EpauNp0N8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground
  - Source of video: U-tgVxSMDlc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:55 to 0:00:58 :
    https://www.youtube.com/watch?v=e_EpauNp0N8&t=55
    It appears in your source video from 0:03:09 to 0:03:12 :
    https://www.youtube.com/watch?v=U-tgVxSMDlc&t=189

Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 36 of 56

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@viraldrm.com wrote:

Video IDs: Bhdfj3V1OcE, e_EpauNp0N8

Case 4:26-cv-02367-KAW   Document 1-4   Filed 03/18/26   Page 37 of 56



LSM Intellectual Property <ip@livestormsmedia.com>

---

# [HOLDOJX5HYH4SXX3EK36M26UCA] YouTube Copyright Complaint Submission
1 message

---

**YouTube Copyright** <youtube-disputes+1fikq6x9da0ke07@google.com>          Thu, Mar 5, 2026 at 5:53 PM
Reply-To: YouTube Copyright <youtube-disputes+1fikq6x9da0ke07@google.com>
To: ip@livestormsmedia.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=NXUxg5gBos4
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Downtown rolling shots after incredible blizzard
    - Source of video: Jo8DQFtswWU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:03 to 0:00:07 :
      https://www.youtube.com/watch?v=NXUxg5gBos4&t=3
      It appears in your source video from 0:00:04 to 0:00:09 :
      https://www.youtube.com/watch?v=Jo8DQFtswWU&t=4

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=u_eQmcfgsJs
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Downtown rolling shots after incredible blizzard
    - Source of video: Jo8DQFtswWU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:30 :
      https://www.youtube.com/watch?v=u_eQmcfgsJs&t=0
      It appears in your source video from 0:03:16 to 0:03:46 :
      https://www.youtube.com/watch?v=Jo8DQFtswWU&t=196

- Country where copyright applies: US

- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 ip@livestormsmedia.com wrote:

Video IDs: NXUxg5gBos4, u_eQmcfgsJs



LSM Intellectual Property <ip@livestormsmedia.com>

## [IZQWTK2XQR5PXRI2TAFXILQWDU] YouTube Copyright Complaint Submission
1 message

**YouTube Copyright** <youtube-disputes+0hom66domusnq07@google.com>          Thu, Mar 5, 2026 at 5:49 PM
Reply-To: YouTube Copyright <youtube-disputes+0hom66domusnq07@google.com>
To: ip@livestormsmedia.com

### ▶ YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=FQ0d4Lw6E5s
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Downtown rolling shots after incredible blizzard
    - Source of video: Jo8DQFtswWU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:29 :
      https://www.youtube.com/watch?v=FQ0d4Lw6E5s&t=0
      It appears in your source video from 0:02:47 to 0:03:16 :
      https://www.youtube.com/watch?v=Jo8DQFtswWU&t=167

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=GHJDQjIygR8
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Downtown rolling shots after incredible blizzard
    - Source of video: Jo8DQFtswWU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:46 to 0:00:48 :
      https://www.youtube.com/watch?v=GHJDQjIygR8&t=46
      It appears in your source video from 0:00:18 to 0:00:20 :
      https://www.youtube.com/watch?v=Jo8DQFtswWU&t=18

- Country where copyright applies: US

Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 40 of 56

- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 ip@livestormsmedia.com wrote:

Video IDs: FQ0d4Lw6E5s, GHJDQjIygR8

Case 4:26-cv-02367-KAW   Document 1-4   Filed 03/18/26   Page 41 of 56



**Copyright Management <copyright@viraldrm.com>**

---

# [LVNPEIPFWW2CKHYF6ACFGI3MQ4] YouTube Copyright Complaint Submission

1 message

---

**YouTube Copyright** <youtube-disputes+25ux0xwpybysz07@google.com>      Thu, Mar 5, 2026 at 5:29 PM
Reply-To: YouTube Copyright <youtube-disputes+25ux0xwpybysz07@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 402 Beech St
    - Borger, TX 79007
    - US
- Username: WXChasing
- Email Address: copyright@viraldrm.com
- Phone: +1 (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=0Qaj6n8BKqE
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground
    - Source of video: U-tgVxSMDlc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:43 to 0:00:45 :
      https://www.youtube.com/watch?v=0Qaj6n8BKqE&t=43
      It appears in your source video from 0:01:20 to 0:01:22 :
      https://www.youtube.com/watch?v=U-tgVxSMDlc&t=80

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=1LxOOygCovQ
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground
    - Source of video: U-tgVxSMDlc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:35 to 0:00:36 :
      https://www.youtube.com/watch?v=1LxOOygCovQ&t=35
      It appears in your source video from 0:06:34 to 0:06:40 :
      https://www.youtube.com/watch?v=U-tgVxSMDlc&t=394

- Country where copyright applies: US

- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@viraldrm.com wrote:

Video IDs: 0Qaj6n8BKqE, 1LxOOygCovQ



Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 43 of 56

LSM Intellectual Property <ip@livestormsmedia.com>

## [MMMS7LOSSH6H6S6X3P7D6RQBLA] YouTube Copyright Complaint Submission

1 message

**YouTube Copyright** <youtube-disputes+0j6yt94ocrg2b07@google.com>         Thu, Mar 5, 2026 at 5:56 PM
Reply-To: YouTube Copyright <youtube-disputes+0j6yt94ocrg2b07@google.com>
To: ip@livestormsmedia.com

## ▶ YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=UPZiH7TWPqM
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Downtown rolling shots after incredible blizzard
    - Source of video: Jo8DQFtswWU
    - Type of video: Internet video
    - Where does the content appear?
    The content appears in the targeted video from 0:00:29 to 0:00:30 :
    https://www.youtube.com/watch?v=UPZiH7TWPqM&t=29
    It appears in your source video from 0:00:19 to 0:00:20 :
    https://www.youtube.com/watch?v=Jo8DQFtswWU&t=19

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=VN7EyDn2fTM
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Abandoned vehicles litter the metro after intense blizzard
    - Source of video: qCrwKXNlmK0
    - Type of video: Internet video
    - Where does the content appear?
    The content appears in the targeted video from 0:00:24 to 0:00:28 :
    https://www.youtube.com/watch?v=VN7EyDn2fTM&t=24
    It appears in your source video from 0:01:31 to 0:01:35 :
    https://www.youtube.com/watch?v=qCrwKXNlmK0&t=91

- Country where copyright applies: US

- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 ip@livestormsmedia.com wrote:

    Video IDs: UPZiH7TWPqM, VN7EyDn2fTM

 Gmail

**LSM Intellectual Property <ip@livestormsmedia.com>**

## [XOI7VBX6CJ4HK3M6L27PDX2YUM] YouTube Copyright Complaint Submission

1 message

**YouTube Copyright** <youtube-disputes+1t8j3hamttzos07@google.com>          Thu, Mar 5, 2026 at 5:51 PM
Reply-To: YouTube Copyright <youtube-disputes+1t8j3hamttzos07@google.com>
To: ip@livestormsmedia.com

▶ YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=igNkrb_LqIs
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Abandoned vehicles litter the metro after intense blizzard
    - Source of video: qCrwKXNlmK0
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:17 to 0:00:18 :
      https://www.youtube.com/watch?v=igNkrb_LqIs&t=17
      It appears in your source video from 0:00:45 to 0:00:46 :
      https://www.youtube.com/watch?v=qCrwKXNlmK0&t=45

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=mEbvB58p7lw
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Downtown rolling shots after incredible blizzard
    - Source of video: Jo8DQFtswWU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:36 :
      https://www.youtube.com/watch?v=mEbvB58p7lw&t=0
      It appears in your source video from 0:02:47 to 0:03:23 :
      https://www.youtube.com/watch?v=Jo8DQFtswWU&t=167

- Country where copyright applies: US

Case 4:26-cv-02367-KAW   Document 1-4   Filed 03/18/26   Page 46 of 56

- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 ip@livestormsmedia.com wrote:

Video IDs: igNkrb_LqIs, mEbvB58p7lw

# Exhibit 4d



LSM Intellectual Property <ip@livestormsmedia.com>

## [TZZHDCLD5R4HTQLH42NJ57MMQA] YouTube Copyright Complaint Submission

1 message

---

**YouTube Copyright** <youtube-disputes+17b68q7dkerzy07@google.com>    Thu, Mar 5, 2026 at 4:47 PM
Reply-To: YouTube Copyright <youtube-disputes+17b68q7dkerzy07@google.com>
To: ip@livestormsmedia.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Y05EaAfRs3Y
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Downtown rolling shots after incredible blizzard
    - Source of video: Jo8DQFtswWU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:11 to 0:01:13 :
      https://www.youtube.com/watch?v=Y05EaAfRs3Y&t=71
      It appears in your source video from 0:00:38 to 0:00:40 :
      https://www.youtube.com/watch?v=Jo8DQFtswWU&t=38

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

Case 4:26-cv-02367-KAW    Document 1-4    Filed 03/18/26    Page 49 of 56

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 ip@livestormsmedia.com wrote:

Video IDs: Y05EaAfRs3Y

 Gmail

**Copyright Management <copyright@wxchasing.com>**

## [ZKWQ5GJLXEQADJOY54CTH5NW54] YouTube Copyright Complaint Submission
1 message

**YouTube Copyright** <youtube-disputes+2hhhh20zf5lzj07@google.com>                    Thu, Mar 5, 2026 at 4:44 PM
Reply-To: YouTube Copyright <youtube-disputes+2hhhh20zf5lzj07@google.com>
To: copyright@wxchasing.com

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 402 Beech St
    - Borger, TX 79007
    - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: +1 (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=wEbsclSVl6M
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground
    - Source of video: U-tgVxSMDlc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:37 to 0:00:39 :
      https://www.youtube.com/watch?v=wEbsclSVl6M&t=37
      It appears in your source video from 0:00:51 to 0:00:53 :
      https://www.youtube.com/watch?v=U-tgVxSMDlc&t=51

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

Case 4:26-cv-02367-KAW   Document 1-4   Filed 03/18/26   Page 51 of 56

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@wxchasing.com wrote:

Video IDs: wEbsclSVl6M

# Exhibit 4e



LSM Intellectual Property <ip@livestormsmedia.com>

## [PWQWREVIQETKKYW42BXZYJMGBY] YouTube Copyright Complaint Submission

1 message

**YouTube Copyright** <youtube-disputes+2vdo5vwy59e8m07@google.com>           Thu, Mar 5, 2026 at 4:49 PM
Reply-To: YouTube Copyright <youtube-disputes+2vdo5vwy59e8m07@google.com>
To: ip@livestormsmedia.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=DlWGje-XBfI
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 12-25-2022 Buffalo, NY Downtown rolling shots after incredible blizzard
    - Source of video: Jo8DQFtswWU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:46 to 0:01:48 :
      https://www.youtube.com/watch?v=DlWGje-XBfI&t=106
      It appears in your source video from 0:04:10 to 0:04:12 :
      https://www.youtube.com/watch?v=Jo8DQFtswWU&t=250

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.

Case 4:26-cv-03367-KAW    Document 1-4    Filed 03/18/26    Page 54 of 56

- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 ip@livestormsmedia.com wrote:

Video IDs: DlWGje-XBfI

Case 4:26-cv-02367-KAW   Document 1-4   Filed 03/18/26   Page 55 of 56

 Gmail

**Copyright Management <copyright@wxchasing.com>**

---

## [SFMR4WTGHQFHCWLZMVS6R5K76I] YouTube Copyright Complaint Submission

1 message

---

**YouTube Copyright** <youtube-disputes+3pu9guil4q2vg07@google.com>                 Thu, Mar 5, 2026 at 4:45 PM
Reply-To: YouTube Copyright <youtube-disputes+3pu9guil4q2vg07@google.com>
To: copyright@wxchasing.com

▶ YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Karam El Gueddari
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
  - 402 Beech St
  - Borger, TX 79007
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: +1 (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=GywmC1VnL2s
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 5-17-25 London, KY-First light of devastation from tornado, drone
  - Source of video: https://corclips.com/videos/133
  - Type of video: Internet video
  - Where does the content appear? Custom thumbnail

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Karam El Gueddari

- The YouTube Team

Help Center • Email Options

wxchasing.com Mail - [SHDqcWT1i8QtHtw4LZMVsdtc8K7OlpYauthorized Copyright Complaint Submission

Case 4:26-cv-02367-KAW Document 1-4 Filed 03/18/26 Page 56 of 56

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 5, 2026 copyright@wxchasing.com wrote:

Video IDs: GywmC1VnL2s