# Exhibit 5

# Exhibit 5a

Case 4:26-cv-02367-KAW   Document 1-5   Filed 03/18/26   Page 3 of 64



LSM Intellectual Property <ip@livestormsmedia.com>

---

## Re: [IKTQY7AACIGNI754GHQUGCMIVU] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+3pb456iymi2mw0h@google.com>     Fri, Mar 13, 2026 at 5:30 AM
Reply-To: YouTube Copyright <youtube-disputes+3pb456iymi2mw0h@google.com>
To: ip@livestormsmedia.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=C1Df_4X-p9g

Display name of uploader: Aaj Tak

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Case 4:26-cv-02367-KAW   Document 1-5   Filed 03/18/26   Page 4 of 64

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



LSM Intellectual Property <ip@livestormsmedia.com>

---

## Re: [VJR52NUYH2K4EN6FNPUOE33OWI] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+3b614iq569typ0h@google.com>     Fri, Mar 13, 2026 at 5:30 AM
Reply-To: YouTube Copyright <youtube-disputes+3b614iq569typ0h@google.com>
To: ip@livestormsmedia.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=PyCGBCvwwQg

Display name of uploader: Aaj Tak

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Case 4:26-cv-02367-KAW   Document 1-5   Filed 03/18/26   Page 7 of 64

 Gmail

**Copyright Management <copyright@wxchasing.com>**

---

## Re: [BBAXZDSHGRPTDNCDI5RQXHOJ5M] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+1ux2tzl4ajtw60h@google.com>          Fri, Mar 13, 2026 at 5:32 AM
Reply-To: YouTube Copyright <youtube-disputes+1ux2tzl4ajtw60h@google.com>
To: copyright@wxchasing.com

 YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

*   http://www.youtube.com/watch?v=4HKpE5qmRHs

Display name of uploader: Aaj Tak

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Case 4:26-cv-02367-KAW Document 1-5 Filed 03/18/26 Page 9 of 64

 Gmail

**Copyright Management <copyright@viraldrm.com>**

## Re: [DQYWNYVRU7OIC2C7JQ5ZQEPM4A] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+0cvcwkoccvbq30h@google.com>  Fri, Mar 13, 2026 at 5:33 AM
Reply-To: YouTube Copyright <youtube-disputes+0cvcwkoccvbq30h@google.com>
To: copyright@viraldrm.com

 YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

*   http://www.youtube.com/watch?v=fWoaEu66rK4

Display name of uploader: Aaj Tak

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit 5b



SevereStudios Copyright <copyright@severestudios.com>

---

## Re: [LUBUBG4CHQS4AI5FSGERPURDOE] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+01qp7eazpt1rt0h@google.com>       Fri, Mar 13, 2026 at 11:07 AM
Reply-To: YouTube Copyright <youtube-disputes+01qp7eazpt1rt0h@google.com>
To: copyright@severestudios.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=6Tm54mjM84A

Display name of uploader: Aaj Tak Bangla

Dear Team, We write in response to the copyright strike and would like to submit our counter notification against the said strike. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in creation of our work/original video in question. Being a responsible media house, we reported on the occurrence of Tornado in the United States of America and the disruption caused by it. The disputed content was used in the video in question with the intention of disseminating news about the natural disaster and it's implication on the citizens of USA, which is being widely distributed on other platforms owing to it's significance. Such use of copyrighted work for the purpose of news reporting is protected as fair dealing under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

---

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



SevereStudios Copyright <copyright@severestios.com>

---

## Re: [XPA7PE2JZLKIAW2H7A7F3M2RYE] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+2t3j3m4zhvb7y0h@google.com>                Tue, Mar 10, 2026 at 8:53 AM
Reply-To: YouTube Copyright <youtube-disputes+2t3j3m4zhvb7y0h@google.com>
To: copyright@severestudios.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=UteqZSwdH5g

Display name of uploader: Aaj Tak Bangla

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a powerful tornado that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Account <copyright@teamdominator.com>

---

## Re: [BWXPANM5MCLNBDP5HBMOMPJPU4] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+1ym144hbpb9nd0h@google.com>        Tue, Mar 10, 2026 at 8:53 AM
Reply-To: YouTube Copyright <youtube-disputes+1ym144hbpb9nd0h@google.com>
To: copyright@teamdominator.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=7w9TDuUGAA8

Display name of uploader: Aaj Tak Bangla

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a powerful tornado that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Case 4:26-cv-02367-KAW   Document 1-5   Filed 03/18/26   Page 18 of 64



**Copyright Account <copyright@teamdominator.com>**

---

## Re: [SVQ6NJIXRUFUGN3UNT7D55PZU4] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+2fujigg7f1lcq0h@google.com>      Tue, Mar 10, 2026 at 8:53 AM
Reply-To: YouTube Copyright <youtube-disputes+2fujigg7f1lcq0h@google.com>
To: copyright@teamdominator.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=zCp3HKulE_c

Display name of uploader: Aaj Tak Bangla

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a powerful tornado that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Account <copyright@teamdominator.com>

---

# Re: [YAM6MR2OYBIH6VM6PHYEXE3IRM] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+3sx8k1j929fd70h@google.com>                  Tue, Mar 10, 2026 at 8:53 AM
Reply-To: YouTube Copyright <youtube-disputes+3sx8k1j929fd70h@google.com>
To: copyright@teamdominator.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=d37DJtV19GE

Display name of uploader: Aaj Tak Bangla

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a powerful tornado that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Case 4:26-cv-02367-KAW    Document 1-5    Filed 03/18/26    Page 21 of 64

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@viraldrm.com>

---

## Re: [B75XWOKBXU2EEWAXSP5HKQOSOY] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+2f6wyca4nfml50h@google.com>     Wed, Mar 11, 2026 at 12:45 PM
Reply-To: YouTube Copyright <youtube-disputes+2f6wyca4nfml50h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

* http://www.youtube.com/watch?v=PWz6BQsvloI

Display name of uploader: Aaj Tak Bangla

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video showing a car submeregd as hurricane Ian brought ocean water into the streets of Florida, United States, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 Gmail

**Copyright Management <copyright@viraldrm.com>**

---

## Re: [LVOLQVZEYG2USSYHBJHUNXC3BM] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+2fmjh4t53q9lk0h@google.com>      Wed, Mar 11, 2026 at 12:48 PM
Reply-To: YouTube Copyright <youtube-disputes+2fmjh4t53q9lk0h@google.com>
To: copyright@viraldrm.com

 YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=Yl4fOLz2T40

Display name of uploader: Aaj Tak Bangla

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video showing a car submeregd as hurricane Ian brought ocean water into the streets of Florida, United States, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit 5c

 **Gmail**

**LSM Intellectual Property <ip@livestormsmedia.com>**

## Re: [A6ES3E2HGEBGLHOF2IECQ735VA] New Copyright Counter Notification

1 message

**YouTube Copyright** <youtube-disputes+3n4z2tfdl4xw20h@google.com>     Tue, Mar 10, 2026 at 9:02 AM
Reply-To: YouTube Copyright <youtube-disputes+3n4z2tfdl4xw20h@google.com>
To: ip@livestormsmedia.com

 **YouTube**

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=UPZiH7TWPqM

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Case 4:26-cv-02367-KAW    Document 1-5    Filed 03/18/26    Page 28 of 64

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



LSM Intellectual Property <ip@livestormsmedia.com>

---

## Re: [ERQLJMEWHK4GLJQFUZCGHLYG6I] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+3pt86pbcczcn80h@google.com>     Tue, Mar 10, 2026 at 9:02 AM
Reply-To: YouTube Copyright <youtube-disputes+3pt86pbcczcn80h@google.com>
To: ip@livestormsmedia.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=VN7EyDn2fTM

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



LSM Intellectual Property <ip@livestormsmedia.com>

---

## Re: [OTY45V667MKF3WPBLIGPY6EPHY] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+20ezhw3ffpllw0h@google.com>          Wed, Mar 11, 2026 at 1:00 PM
Reply-To: YouTube Copyright <youtube-disputes+20ezhw3ffpllw0h@google.com>
To: ip@livestormsmedia.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=FQ0d4Lw6E5s

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



LSM Intellectual Property <ip@livestormsmedia.com>

## Re: [PWTVFI7SOXEBZPVJKDNMEQDOFA] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+2x86fcfuf9mbi0h@google.com>      Tue, Mar 10, 2026 at 9:02 AM
Reply-To: YouTube Copyright <youtube-disputes+2x86fcfuf9mbi0h@google.com>
To: ip@livestormsmedia.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=igNkrb_LqIs

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Case 4:26-cv-02367-KAW    Document 1-5    Filed 03/18/26    Page 35 of 64

 Gmail

LSM Intellectual Property <ip@livestormsmedia.com>

# Re: [VFT3O4A6CWFYQRJEEBO7VMKYB4] New Copyright Counter Notification

1 message

**YouTube Copyright** <youtube-disputes+1a6tr6f982g870h@google.com>    Tue, Mar 10, 2026 at 2:06 PM
Reply-To: YouTube Copyright <youtube-disputes+1a6tr6f982g870h@google.com>
To: ip@livestormsmedia.com

 YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

* http://www.youtube.com/watch?v=mEbvB58p7lw

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



LSM Intellectual Property <ip@livestormsmedia.com>

---

## Re: [WABQ4MYVVBMQUIQ4ZFL4RSA4CE] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+0xkt68zov08000h@google.com>  Tue, Mar 10, 2026 at 9:02 AM
Reply-To: YouTube Copyright <youtube-disputes+0xkt68zov08000h@google.com>
To: ip@livestormsmedia.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=u_eQmcfgsJs

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

---

Eu2.Sdoms-Media Mail - REQUABQ@MT 1v5MQUIQH2tL4RSAd.C8//New Copyright Content Notification

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



LSM Intellectual Property <ip@livestormsmedia.com>

---

# Re: [WSCRD3Y5QEBTO6CT44E4LOQIJA] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+0j7w61k6y3o3d0h@google.com>      Tue, Mar 10, 2026 at 9:02 AM
Reply-To: YouTube Copyright <youtube-disputes+0j7w61k6y3o3d0h@google.com>
To: ip@livestormsmedia.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=GHJDQjIygR8

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**LSM Intellectual Property <ip@livestormsmedia.com>**

---

## Re: [WVBLE4ANEKJF4EZl2ND45NDKG4] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+1rdckiw2ap8d30h@google.com>                    Tue, Mar 10, 2026 at 9:02 AM
Reply-To: YouTube Copyright <youtube-disputes+1rdckiw2ap8d30h@google.com>
To: ip@livestormsmedia.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=NXUxg5gBos4

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Case 4:26-cv-02367-KAW   Document 1-5   Filed 03/18/26   Page 43 of 64



**Copyright Management <copyright@viraldrm.com>**

---

## Re: [3EKEOSAAVNCYFIJDDUBK6XM2B4] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+0v9o5f8rknjtr0h@google.com>     Mon, Mar 9, 2026 at 12:24 PM
Reply-To: YouTube Copyright <youtube-disputes+0v9o5f8rknjtr0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=0Qaj6n8BKqE

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Case 4:26-cv-02367-KAW    Document 1-5    Filed 03/18/26    Page 44 of 64

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management <copyright@viraldrm.com>**

## Re: [7T3NGFEV2NO2M6FS262VRBZFYY] New Copyright Counter Notification

1 message

**YouTube Copyright** <youtube-disputes+0v3warpm07cj90h@google.com>          Mon, Mar 9, 2026 at 12:24 PM
Reply-To: YouTube Copyright <youtube-disputes+0v3warpm07cj90h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

  - http://www.youtube.com/watch?v=EVDD5DM7I0o

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Case 4:26-cv-02367-KAW    Document 1-5    Filed 03/18/26    Page 46 of 64

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 **Copyright Management <copyright@viraldrm.com>**

## Re: [DMLS2UZMK5VFP225LLNUQ5R2CM] New Copyright Counter Notification

1 message

**YouTube Copyright** <youtube-disputes+0zhxmlboybwsu0h@google.com>          Mon, Mar 9, 2026 at 12:24 PM
Reply-To: YouTube Copyright <youtube-disputes+0zhxmlboybwsu0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=1LxOOygCovQ

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Case 4:26-cv-02367-KAW    Document 1-5    Filed 03/18/26    Page 48 of 64

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Case 4:26-cv-02367-KAW   Document 1-5   Filed 03/18/26   Page 49 of 64

 **Copyright Management <copyright@viraldrm.com>**

---

## Re: [EIKCSJLSWM5ZLKJXVGP75ZQBLA] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+3dmusbyqi4vbq0h@google.com>      Mon, Mar 9, 2026 at 12:23 PM
Reply-To: YouTube Copyright <youtube-disputes+3dmusbyqi4vbq0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=nzJsRlfKM-8

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**Copyright Management <copyright@viraldrm.com>**

## Re: [QUOEQBHHS7CD3ESFQC6GN4X2V4] New Copyright Counter Notification

1 message

**YouTube Copyright** <youtube-disputes+1e6lezkakvyxp0h@google.com>     Mon, Mar 9, 2026 at 12:25 PM
Reply-To: YouTube Copyright <youtube-disputes+1e6lezkakvyxp0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=e_EpauNp0N8

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 Gmail

**Copyright Management <copyright@viraldrm.com>**

## Re: [XSB22TUOVSYFAQK6ISTWMRZLXM] New Copyright Counter Notification

1 message

**YouTube Copyright** <youtube-disputes+25vvw2hjmkkc40h@google.com>          Mon, Mar 9, 2026 at 12:24 PM
Reply-To: YouTube Copyright <youtube-disputes+25vvw2hjmkkc40h@google.com>
To: copyright@viraldrm.com

 YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=Bhdfj3V1OcE

Display name of uploader: Aaj Tak HD

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Case 4:26-cv-02367-KAW   Document 1-5   Filed 03/18/26   Page 54 of 64

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit 5d

                                      **LSM Intellectual Property <ip@livestormsmedia.com>**

## Re: [HWR6BMRQ4JJSHX4IZM5KY6Z5EA] New Copyright Counter Notification

1 message

**YouTube Copyright** <youtube-disputes+3i3t1mela3rko0h@google.com>        Fri, Mar 13, 2026 at 6:41 AM
Reply-To: YouTube Copyright <youtube-disputes+3i3t1mela3rko0h@google.com>
To: ip@livestormsmedia.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=Y05EaAfRs3Y

Display name of uploader: Good News Today

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 Gmail

**Copyright Management <copyright@wxchasing.com>**

---

## Re: [P34PUO3AXEK5UVINHEY5ZHS5FM] New Copyright Counter Notification
1 message

---

**YouTube Copyright** <youtube-disputes+32ywcrtc3wmwt0h@google.com>     Fri, Mar 13, 2026 at 6:42 AM
Reply-To: YouTube Copyright <youtube-disputes+32ywcrtc3wmwt0h@google.com>
To: copyright@wxchasing.com

 YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=wEbsclSVl6M

Display name of uploader: Good News Today

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit 5e

 Gmail

**LSM Intellectual Property <ip@livestormsmedia.com>**

## Re: [BGN2JLHFLWUKMPDGLSEASFLA2E] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+1vg58ny5il9hw0h@google.com>      Mon, Mar 9, 2026 at 12:31 PM
Reply-To: YouTube Copyright <youtube-disputes+1vg58ny5il9hw0h@google.com>
To: ip@livestormsmedia.com

 YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=DlWGje-XBfI

Display name of uploader: India Today

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Case 4:26-cv-02367-KAW   Document 1-5   Filed 03/18/26   Page 63 of 64



**Copyright Management <copyright@wxchasing.com>**

---

# Re: [PXBEC4V3SRIHDTHWOIFSUEWDNU] New Copyright Counter Notification

1 message

---

**YouTube Copyright** <youtube-disputes+1rwxlem1vtbuz0h@google.com>                      Mon, Mar 9, 2026 at 12:30 PM
Reply-To: YouTube Copyright <youtube-disputes+1rwxlem1vtbuz0h@google.com>
To: copyright@wxchasing.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=GywmC1VnL2s

Display name of uploader: India Today

Dear Team, We write in response to the instant copyright strike and would like to submit our counter notification. We are a reputed media house operating under the aegis of the India Today Group and have invested extensive amount of time, effort and resources in conceptualization and creation of our original works. Being a responsible media house, we reported on a viral video concerning a snow blizzard that appeared in the United States of America, with the intention to disseminate news amongst public at large through the video in question. It is pertinent to note that the disputed content was used through video in question with the intention of disseminating news about the current affairs to the public at large and therefore, such use of copyrighted work is protected as fair use under Section 52(1)(a)(iii) of the Copyright Act, 1957 and does not amount to copyright infringement. Without prejudice to our rights and remedies against the instant strike and frivolous infringement strike, we submit that the instant strike is completely baseless and invalid and therefore should be dismissed. Accordingly, we request you to reinstate our video. Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Diksha Tiwari

Case 4:26-cv-02367-KAW   Document 1-5   Filed 03/18/26   Page 64 of 64

Diksha Tiwari
India Today Mediaplex, FC-8, Filmcity, Sec 16A
Noida, Uttar Pradesh 201301
India

itgytmain@gmail.com

070424 89008

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066